## SAYER, Respondent, v. LEE, Appellant.

### (152 N. W. 283.)·

(File No. 3761: Opinion filed April 27, 1915.)

**Appeal—Error—Brief, Failure to File—Affirmance.**

Appellant, having failed, for nearly three months after notice of appeal, to file brief or procure stipulation or order extending time to file, before case was reached on calendar for disposition, and appellant being in default, **held,** the appeal will be deemed abandoned, and judgment affirmed.

Appeal from Circuit Court, Marshall County. Hon THOMAS L. BOUCK, Judge.

Action by Rose E. Sayer against Fred N. Lee. Judgment for plaintiff, and defendant appeals. Affirmed.

*Byron Abbott,* for Appellant.

*Otto L. Kaas,* for Respondent.

GATES, J. The notice of appeal in this case was filed January 25, 1915. The appellant has filed no brief upon appeal; neither has be filed any stipulation or procured any order extending his time for filing brief. The case was regularly placed upon the April, 1915, calendar for disposition.

The appellant being in default, this appeal will be deemed abandoned, and for that reason the judgment appealed from is affirmed.